**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ELIZABETH HOLLINGSWORTH,

    Plaintiff,

v.                                         Case No.  5:18-cv-405-Oc-30PRL

WORLD OMNI FINANCIAL CORP.,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, ELIZABETH HOLLINGSWORTH, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ELIZABETH HOLLINGSWORTH, and Defendant, WORLD OMNI FINANCIAL CORP. have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                Respectfully,

                /s/ Joshua R. Kersey

                Joshua R. Kersey
                Florida Bar No.: 087578
                MORGAN & MORGAN, PA
                201 North Franklin Street, 7th Floor
                Tampa, Florida 33602
                Telephone: (813) 225-5505
                Facsimile:  (813) 222-2490
                JKersey@ForThePeople.com
                JSherwood@ForThePeople.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

MICHAEL C. MARSH
michael.marsh@akerman.com
RYAN ROMAN
ryan.roman@akerman.com
OCTAVIA M. GREEN
octavia.green@akerman.com
*Attorneys for Defendant*

Joshua R. Kersey
Florida Bar No.: 087578
MORGAN & MORGAN, PA
*Attorney for Plaintiff*